**Electronically Filed**
**Supreme Court**
**SCWC-19-0000335**
**16-APR-2024**
**02:35 PM**
**Dkt. 8 ODSAC**

SCWC-19-0000335

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

WHEELS OF JUSTICE, LLC, a Nevada limited liability company,
Petitioner/Plaintiff-Appellant,

vs.

TITLE GUARANTY ESCROW SERVICES, INC.; ISLAND TITLE CORPORATION;
CLINTON HINCHCLIFF, JR.; CLINTON HINCHCLIFF, SR.; and
HINCHCLIFF INVESTMENTS LLC,
Respondents/Defendants-Appellees.

------------------------------------------------------

TITLE GUARANTY ESCROW SERVICES, INC.
and ISLAND TITLE CORPORATION,
Respondents/Third-Party Plaintiffs,

vs.

NIMBLE LAND, INC., a Hawaiʻi Corporation,
Respondent/Third-Party Defendant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000335; CASE. NO. 3CC09100178K)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, and Devens, JJ.,
and Circuit Judge Toʻotoʻo, in place of Ginoza, J., recused)

It appearing that the judgment on appeal in the above-referenced matter not having been filed by the Intermediate Court of Appeals at the time the application for writ of

certiorari was filed, see Hawaiʻi Revised Statutes § 602-59(a) (2017); see also Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 36(b)(1) (2016),

IT IS HEREBY ORDERED that Petitioner/Plaintiff-Appellant's application for writ of certiorari, filed April 8, 2024, is dismissed without prejudice to re-filing the application pursuant to HRAP Rule 40.1(a) (2023) ("The application shall be filed within thirty days after the filing of the intermediate court of appeals' judgment on appeal or dismissal order, unless the time for filing the application is extended in accordance with this rule.").

DATED:  Honolulu, Hawaiʻi, April 16, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Vladimir P. Devens

/s/ Faʻauuga L. Toʻotoʻo